# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| LAKEVIEW LOAN SERVICING LLC § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:25-CV-0525-S-BT |
| ELLIOTT SINGARAM LEE, JESSICA § | |
| CHRISTINE LEE, OVERLAND GROVE § | |
| OWNERS ASSOCIATION INC. and § | |
| UNITED STATES OF AMERICA § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation that the Court sua sponte dismiss this case for lack of subject-matter jurisdiction ("FCR") [ECF No. 19]. No objections were filed. After admitting on the record at two show-cause hearings before different magistrate judges that there is no basis for federal subject-matter jurisdiction under 28 U.S.C. § 2410,[1] Plaintiff's counsel filed a Motion to Dismiss [ECF No. 22] in this case "for want of subject matter jurisdiction." The Court construes Plaintiff's motion as a notice of agreement with the Magistrate Judge's FCR.

The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Court will dismiss without prejudice

---

1 *See Lakeview Loan Servicing, LLC v. Darring et al.*, No. 3:25-cv-1030-S-BK (N.D. Tex. Apr. 25, 2025) (Toliver, J.) (holding show-cause hearing on October 28, 2025); *AmeriHome Mort. Co. LLC v. Brantley et al.*, No. 1:25-cv-00067-H-BU (N.D. Tex. Apr. 25, 2025) (Parker, J.) (holding show-cause hearing on October 22, 2025). Plaintiff's admission comes after multiple magistrate judges in this district have recommended that cases brought by Plaintiff's counsel under 28 U.S.C. § 2410 should be dismissed for lack of subject-matter jurisdiction. *See, e.g., Planet Home Lending, LLC v. United States of Am.*, FCR [ECF No. 11], No. 3:25-cv-2550-E-BN (N.D. Tex. Oct. 29, 2025) (Horan, J.); *AmeriHome Mort. Co. LLC v. Valdez*, 2025 WL 2831966, at *2 (N.D. Tex. Sept. 17, 2025) (McKay, J.).

the Complaint [ECF No. 1] for lack of subject-matter jurisdiction.

**SO ORDERED.**

SIGNED November 17, 2025.

_____
UNITED STATES DISTRICT JUDGE